IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR07-3033 MWB |
| | ) | JUDGMENT OF ACQUITTAL |
| CHARLES LEE SCHRAGE, | ) | |
| | ) | |
| Defendant. | ) | |

This action came to trial before the Honorable Judge Mark W. Bennett, and a jury, and the issues having been duly tried, the jury has rendered its verdict of not guilty.

**IT IS ORDERED AND ADJUDGED**

Defendant, Charles Lee Schrage is acquitted as to Count 1 of the Indictment.

SIGNED BY:

Mark W. Bennett
_____
Honorable Judge Mark W Bennett
US District Court for the
Northern District of Iowa

Dated: 10/14/08